(88 South. 924)

HITT v. CORONA COAL CO. (6 Div. 789.) (Court of Appeals of Alabama. Dec. 14, 1920.)

Appeal from Circuit Court, Walker County; J. J. Curtis, Judge. W. C. Davis, of Jasper, for appellant. A. F. Fite, of Jasper, for appellee.

PER CURIAM. Appeal dismissed on motion of appellee.